UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PUJAN KAVI, Plaintiff, -v- NEW YORK TRANSIT AUTHORITY et al., Defendants. | : | 25-CV-10487 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Case Management Plan and Scheduling Order ("CMP"), ECF No. 14, and the Court's July 27, 2026 Order, ECF No. 17, the parties were required to file a joint letter, the contents of which are described therein, no later than the Thursday prior to the upcoming pretrial conference — that is, **no later than yesterday, July 30, 2026.** To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 3, 2026, at 3:00 p.m.** Failure to file the letter by that deadline may result in sanctions.

SO ORDERED.

Dated: July 31, 2026
New York, New York

JESSE M. FURMAN
United States District Judge